UNITED STATES DISTRICT COURT

DISTRICT OF NORTH DAKOTA

SOUTHEASTERN DIVISION

| | |
|---|---|
| FAIR HOUSING OF THE DAKOTAS, INC., et al., etc.,<br><br>          Plaintiffs,<br><br>   vs.<br><br>GOLDMARK PROPERTY MANAGEMENT, INC.,<br><br>          Defendant. | Case No. 3:09-cv-58<br><br>UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT |

Class Representatives Kristina Hilde-Carter, Kali Weinand and Kathleen North hereby move this Court for an order granting preliminary approval to the proposed class action settlement reached on behalf of the absent class members with defendant Goldmark Property Management, Inc.  This motion is unopposed.

There is good cause to grant this motion because the proposed settlement is within the range of possible approval, is fair, reasonable and adequate and satisfies the procedural requirements of Fed. R. Civ. P. 23.  The parties' Stipulation and Agreement of Settlement, with a proposed Preliminary Approval Order and proposed Class Notice attached as Exhibits 2 and 3, is filed concurrently herewith.

Dated: September 27, 2012        Respectfully submitted,

BRANCART & BRANCART

/s/ Christopher Brancart
Christopher Brancart (ND Bar No. 6170)
cbrancart@brancart.com
Post Office Box 686
Pescadero, California 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

On September 27, 2012, I served a true and correct copy of the following attached document:

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

upon the following person(s):

| | |
|---|---|
| Mr. Michael Andrews<br>Ms. Krista Andrews<br>Anderson, Bottrell, Sanden & Thompson<br>4132 30th Avenue South, Ste. 100<br>PO Box 10247<br>Fargo, ND 58106<br>mandrews@andersonbottrell.com<br>kandrews@andersonbottrell.com | |

in the following manner(s):

| | |
|---|---|
| | BY HAND DELIVERY:  By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| | BY MAIL:  By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth and indicated above. |
| | BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY):  By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| | BY FACSIMILE:  By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
| XX | BY ELECTRONIC TRANSMISSION OF THE "NOTICE OF ELECTRONIC FILING:" By electronically filing the document(s) (All counsel are "Filing Users," as indicated above). |

Executed on September 27, 2012, at Loma Mar, California

/s/ Christopher Brancart