UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| FAIR HOUSING OF THE DAKOTAS, INC., et al., etc.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>GOLDMARK PROPERTY MANAGEMENT, INC.,<br><br>        Defendant. | Case No. 3:09-cv-58<br><br>UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT<br><br><u>Fairness Hearing:</u><br>Date:  December 20, 2012<br>Time:  8:30 a.m.<br>Courtroom:  1 |

     Class Representatives Kristina Hilde-Carter, Kali Weinand and Kathleen North, on behalf of themselves and the certified classes they represent, hereby move this Court, pursuant to Fed. R. Civ. P. 26(e), for an order granting final approval to the proposed class action settlement, Doc. 303.  There is good cause to grant this motion because the previously certified Settlement Class has been provided with the Class Notice approved by the Court, the time to object or opt out has expired, and the proposed settlement is fair, reasonable and adequate.  This motion is based on the memorandum and the declaration filed concurrently herewith and the pleadings on file in this action.

     Dated: December 13, 2012.              BRANCART & BRANCART

                                                    /s/ Christopher Brancart
                                                    Christopher Brancart (ND Bar No. 6170)
                                                    cbrancart@brancart.com
                                                    Post Office Box 686
                                                    Pescadero, California 94060
                                                    Tel:  (650) 879-0141
                                                    Fax:  (650) 879-1103
                                                    Attorneys for Plaintiffs