UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| FAIR HOUSING OF THE DAKOTAS, INC., et al., etc., <br><br> Plaintiffs, <br><br> vs. <br><br> GOLDMARK PROPERTY MANAGEMENT, INC., <br><br> Defendant. | Case No. 3:09-cv-58 <br><br> MOTION FOR ATTORNEYS' FEES AND COSTS AND APPROVAL OF INCENTIVE AWARDS TO CLASS REPRESENTATIVES <br><br> <u>Fairness Hearing:</u> <br> Date:  December 20, 2012 <br> Time:  8:30 a.m. <br> Courtroom:  1 |

  Class Representatives Kristina Hilde-Carter, Kali Weinand and Kathleen North, on behalf of themselves and the certified classes they represent, hereby move this Court, pursuant to Fed. R. Civ. P. 26(h), for an order approving an award of attorneys' fees and costs to Class Counsel pursuant to the proposed class action settlement in the amount of $204,586.  Class Representatives further move the Court for an order approving incentive awards pursuant to the proposed class action settlement in the amount of $5,000 to Kristine Hilde-Carter and $500 each to Kali Weinand and Kathleen North.  There is good cause to grant this motion because the amounts are warranted and reasonable in this case.  This motion is based on the memorandum and the

//

//

//

//

- 2 -

declarations and exhibits filed concurrently herewith and the pleadings on file in this action.

    Dated: December 13, 2012.

                              Respectfully submitted,

                              BRANCART & BRANCART

                              <u>/s/ Christopher Brancart</u>
                              Christopher Brancart (ND Bar No. 6170)
                              cbrancart@brancart.com
                              Post Office Box 686
                              Pescadero, California 94060
                              Tel:  (650) 879-0141
                              Fax:  (650) 879-1103
                              Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

On December 13, 2012, I served a true and correct copy of the following attached document:

**MOTION FOR ATTORNEYS' FEES AND COSTS AND APPROVAL OF INCENTIVE AWARDS TO CLASS REPRESENTATIVES**

upon the following person(s):

| | |
|---|---|
| Mr. Michael Andrews<br>Ms. Krista Andrews<br>Anderson, Bottrell, Sanden & Thompson<br>4132 30th Avenue South, Ste. 100<br>PO Box 10247<br>Fargo, ND 58106<br>mandrews@andersonbottrell.com<br>kandrews@andersonbottrell.com | |

in the following manner(s):

| | |
|---|---|
| | BY HAND DELIVERY: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| | BY MAIL: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth and indicated above. |
| | BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY): By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| | BY FACSIMILE: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
| XX | BY ELECTRONIC TRANSMISSION OF THE "NOTICE OF ELECTRONIC FILING:" By electronically filing the document(s) (All counsel are "Filing Users," as indicated above). |

Executed on December 13, 2012, at Loma Mar, California

/s/ Christopher Brancart